# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONOVAN CRUZ,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **NO. 18-2517** |
| | : | |
| **ATLANTIC AVIATION** | : | |
| **PHILADELPHIA, INC.,** | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 12th day of February 2019, it is hereby **ORDERED** that the Joint Motion for Approval of Settlement Agreement (ECF No. 18) is **DENIED AS MOOT** in light of the Order dated January 10, 2019 (ECF No. 17). All matters having been disposed of, the Clerk is directed to close this case.

BY THE COURT:

_____
CHAD F. KENNEY, J.